**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 19, 2015

Hon. Sterling Harmon
Appellate Division Chief
219 North 6th Street, Suite 200
Waco, TX 76701
* DELIVERED VIA E-MAIL *

Hon. Doyle Lynn Young
100 N. 6th Street, Ste. 313
Waco, TX 76701
* DELIVERED VIA E-MAIL *

Hon. Abelino (Abel) Reyna
McLennan County District Attorney
219 N. 6th Street, Suite 200
Waco, TX 76701
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00038-CR
Tr.Ct.No. 2011-2499-C1
Style:    Allan Latoi Story v. The State of Texas

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    19th District Court (DELIVERED VIA E-MAIL)
       Hon. Jon Gimble, McLennan County District Clerk (DELIVERED VIA E-MAIL)
       Hon. Billy Ray Stubblefield, Presiding Judge, Third Administrative Judicial
       Region (DELIVERED VIA E-MAIL)